**Richard Maximus Strahan**
POB 82
Peterborough NH 03854
617-817-4402
maxxstrahan@gmail.co

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2017 DEC -6 A 10: 50

**Served VIA Tracked USPS Priority Mail**          **4 December 2017**

TO:     Clerk's Office
        United States District Court for New Hampshire
        55 Pleasant Street, Room 110, Concord, NH 03301-3941

RE:     Notice of Transfer of NH State Criminal Proceeding to US District Court of NH

Attention;

    I am filing pursuant to 28 USC §§ 1443 and 1447 a notice of transfer of a NH state court criminal proceeding against me to the Court ("Notice of Transfer"). I have included the following documents for filing with the Court —

1.   The Notice of Transfer brought under 28 USC 1443 and 1447 to the Court from a criminal proceeding brought against me by the police of the Town of Lee NH.

2.   The NH state court criminal complaint and notice of my release on bail.

3.   The Notice to NH state court that I filed the said Notice of Transfer with the Court.

4.   Cover sheet.

    I claim that there is no applicable filing fee associated with my filing the Notice of Transfer with the Court. Earlier today the head case manager informed me directly that there is no filing fee required by your office to file my Notice of Transfer with it.

    **Be advised that this Thursday there will be a hearing in a related civil matter before Judge Laplante. You may wish to supply his clerks a copy of the Notice of Transfer and its accompanying filings.**

I will be glad to discus this matter on a date and time agreeable to you.

In Peace,

/s/ Richard Maximus Strahan
_____
Richard Maximus Strahan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2017 DEC -6 A 10: 50

| | |
|---|---|
| TOWN OF LEE NH POLICE ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Case No. |
| v. ) | |
| ) | _____ |
| RICHARD MAXIMUS STRAHAN. ) | |
| ) | 4 December 2017 |
| *Defendant* ) | |

PLAINTIFF'S NOTICE OF REMOVAL TO THE US DISTRICT COURT

Defendant Richard Max Strahan NOTICES pursuant to 28 U.S.C. §§ 1443 and 1447, the removal of the above-captioned case to the United States District Court for the District of New Hampshire from the New Hampshire 7th Circuit Court, Strafford County, pursuant to 28 USC §§ 1443 and 1446. As grounds for removal of this action, the Defendant states as follows:

1. The Defendants is being unlawfully prosecuted by the Strafford County, NH attorney's office in violation of his civil rights based on his race of "White Negro" which includes indigent peoples not born nor raised in the New Hampshire and are subject to racial discrimination by the municipal police of Strafford County NH in violation of his civil rights under the Constitution and the Civil Rights Act. The Defendant is in part being prosecuted out of a hateful discriminatory animus that for his bringing lawsuits against the police, for being indigent, and owing to his race

2. The Defendant also has been subject to a ruling *ex cathedra* by judge Morrison that the NH 7th Circuit District Court in Dover NH will not hear his claims of civil rights violations against the Lee police or the Strafford County attorney's office in regards to his being arrested and criminally prosecuted by them in violation of his equal rights under the Constitution.

3. The Defendant is indigent and was denied his request for appointment of legal counsel by the State Court. As a result he was wholly unaware of his rights under federal law to transfer the state criminal proceedings against him to a federal court until he was recently advised to do so by a law professor. Therefore his possible failure to timely file the

   instant notice of transfer constitutes excusable, unintentional neglect.

4. Accordingly, this action is removable under 28 U.S.C. § 1443(a), and this Court also has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as the Defendant's instant petition fairly states a federal question.

6. A true and accurate copy of this Notice of Removal was served on the Strafford County Attorney's office in Dover NH.

8. A true and accurate copy of this Notice of Removal is also being filed promptly with the Clerk of the New Hampshire 7th Circuit District Court for Strafford County in Dover NH.

9. Pursuant to Local Rule 81.1(c), the Defendant will file a certified or attested copy of the state court record within fourteen (14) days of the filing of this notice of removal.

**WHEREFORE**, Defendant hereby respectfully request that this matter be removed from the 7th Circuit District Court in Dover NH to the United States District Court for the District of New Hampshire.

BY: /s/ Richard Max Strahan

Richard Max Strahan, Plaintiff
POB #382408
Cambridge, MA 02238

*Pro Se and Proud!*

I CERTIFY that on 4 December 2017 a copy of the above document was served on the Plaintiff's attorney, the Strafford County Attorney's Office in Dover NH VIA USPS 1st Class Mail and E-mail.

By:

/s/ Richard Maximus Strahan

Richard Maximus Strahan

# The State of New Hampshire
## COMPLAINT

Exhibit # 1

Case Number: 17-CR-1148

Charge ID: 1366721C

| | | | | |
|---|---|---|---|---|
| ☐ VIOLATION | MISDEMEANOR | ☐ CLASS A | ☒ CLASS B | ☐ UNCLASSIFIED (non-person) |
| | FELONY ☐ CLASS A | ☐ CLASS B | ☐ SPECIAL | ☐ UNCLASSIFIED (non-person) |

You are to appear at the: **7th Circuit Court-Dover** Court,
Address: **25 ST THOMAS ST, DOVER, NH**  County: **STRAFFORD**
Time: 8:30  Date: 5/26/17

Under penalty of law to answer to a complaint charging you with the following offense:

**THE UNDERSIGNED COMPLAINS THAT : PLEASE PRINT**

| STRAHAN | RICHARD | M |
|---|---|---|
| Last Name | First Name | Middle |
| 475 SAND HILL RD Apt. #0 | PETERBOROUGH | NH  03458 |
| Address | City | State  Zip |

[redacted]

☐ COMM. VEH.    ☐ COMM. DR. LIC.    ☐ HAZ. MAT.    ☐ 16+PASSENGER

AT: DUNKIN DONUTS DRIVE THRU: 56 CONCORD RD, LEE NH
On 04/20/2017 at 10:13 AM in STRAFFORD County NH, did commit the offense of:
RSA Name:     Conduct After Accident
Contrary to RSA:  264:25
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did: know or should have known that he had just been involved in any accident which resulted in damage to the property of Katelyn Smith, to wit, a Toyota Rav 4, while operating a 2014 Volkswagen Jetta Ford bearing New Hampshire registration 370 3822 and ~~knowingly~~ left the scene without providing Katelyn Smith his name, address, drivers's license number, and registration number or notifying a Law Enforcement Officer at the nearest police station

against the peace and dignity of the State.
☐ SERVED IN HAND

_[signature]_     Bar ID 12951  Thomas P. Velardi         County Attorney
Complainant Signature     ~~Chief THOMAS C DRONSFIELD~~     ~~Lee PD~~
                          Complainant Printed Name         Complainant Dept.

**Making a false statement on this complaint may result in criminal prosecution.**
Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

5/23/17
Date

**ORIGINAL**

Justice of the Peace
Chervil-Ann Andrews

BRANDI PARKER BROWN
JUSTICE OF THE PEACE - NEW HAMPSHIRE
My Commission Expires November 16, 2021

NHJB-2962-D (6/27/2016)

Exhibit #2

STATE OF NEW HAMPSHRE
JUDICIAL BRANCH

Stafford *SS*,                                              Dover District Court

| | |
|---|---|
| LEE TOWN POLICE OPPRESSORS ) | |
| ) | 4 December 2017 |
| *Plaintiffs* ) | |
| ) | Criminal Action No. |
| v. ) | 432-17-CR-1140 |
| ) | |
| RICHARD MAX STRAHAN ) | |
| ) | |
| THE PEOPLE OF AMERIKA ) | |
| ) | |
| *Defendants* ) | |

NOTICE OF FILING OF NOTICE OF REMOVAL OF THE ABOVE CAPTIONED
CRIMINAL ACTION TO THE US DISTRICT COURT IN CONCORD NH

PLEASE BE ADVISED that on 4 December 2017, the Defendant Richard Maximus Strahan removed pursuant to 28 USC §§ 1443(a) and 1447 the instant criminal proceeding to the United States District Court for the District of New Hampshire. A copy of the Notice of Removal dated 4 December 2017 is appended hereto.

WHEREFORE, Defendant respectfully gives notice that the 7th Circuit District Court in Dover NH is required to effect the removal of this case and shall proceed no further in this action pursuant to 28 USC §§ 1443(a) and 1447 unless and until it is remanded back to this court.

BY:

_____
Richard Maximus Strahan
POB 82, Peterborough NH 03548
617-817-4402

I CERTIFY that on 4 December 2017 a copy of the above document was served
IN HAND on the Strafford County Attorney's Office in Dover NH.

/s/ Richard Max Strahan